```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :         20 CR 555(VM)
         -against-                 :           ORDER
                                   :
JOSE CIRIACO,                      :
                                   :
                Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The status conference in the above captioned matter scheduled for Friday, November 13, shall be set at 2:00 PM. In light of the ongoing public health emergency, the status conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor -marrero.

**SO ORDERED:**

Dated:   New York, New York
         9 November 2020

_____
Victor Marrero
U.S.D.J.