UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/12/20__
```

UNITED STATES OF AMERICA

v.

JOSE CIRIACO,

Defendant.

**PROTECTIVE ORDER**

**20 Cr. 555 (VM)**

Upon the application of the United States of America, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Assistant United States Attorney Michael R. Herman, of counsel, and with the consent of defendant JOSE CIRIACO, through counsel, for an order limiting the dissemination of any and all discovery produced in connection with the above-captioned case (the "Discovery"), which contains sensitive information regarding third parties, and for good cause shown, it is hereby ORDERED that:

1.      Discovery shall not be disclosed by the defendant or defense counsel, including any successor counsel ("defense counsel") other than as set forth herein, and shall be used by defense counsel and the defendant solely for the purpose of defending this criminal action.

2.      The defendant and defense counsel are precluded from disseminating any disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (and any copies and/or screenshots) to anyone beyond the defendant, defense counsel, investigative, secretarial, clerical, and paralegal personnel employed full-time or part-time by defense counsel, independent expert witnesses, investigators, or advisors retained by the defense counsel in connection with this action, and other prospective witnesses and their counsel, to the extent deemed necessary by defense counsel, for the purpose of defending this criminal action, and such other persons as hereafter may be authorized by the Court upon motion by the defendant.

3.      The defendant and defense counsel are precluded from using any disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (or any copies or screenshots) for any purpose other than defending this criminal action.

4.      The defendant and defense counsel must destroy or return any disks containing the Discovery, and any and all printouts and/or digital versions of the Discovery (including all copies), at the conclusion of the trial of this matter or when any appeal has terminated and the judgment has become final, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct.

5.      This Order places no restriction on a defendant's use or disclosure of Discovery materials that originally belonged to the defendant.

6.      The provisions of this Order shall not terminate at the conclusion of this criminal prosecution, and the Court will retain jurisdiction to enforce this Order following termination of the case.

Dated: New York, New York
        November 10, 2020

AUDREY STRAUSS                          COUNSEL FOR
Acting United States Attorney           **JOSE CIRIACO**
for the Southern District of New York


By: _____            By: _____

Michael R. Herman                           Donald H. Vogelman, Esq.
Assistant United States Attorney


**SO ORDERED.**

11/12/2020

**DATE**                    VICTOR MARRERO, U.S.D.J.

2