USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :
                                   :     20 CR 555(VM)
         -against-                 :     ORDER
                                   :
JOSE CIRIACO,                      :
                                   :
                  Defendant.       :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for the Government, with the consent of counsel for Defendant (see Dkt. No. 28), requests that the status conference currently scheduled for May 28, 2021 be cancelled so that the parties may schedule a change of plea hearing for June 9 before the Magistrate Court. The Court hereby cancels the May 28 conference.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until June 9, 2021.

    It is hereby ordered that time until June 9, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
           26 May 2021

_____
Victor Marrero
U.S.D.J.