UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSE CIRIACO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2021

[~~PROPOSED~~] ORDER

20 Cr. 555 (VM)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Kevin Nathaniel Fox on June 9, 2021;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       June   23  , 2021

_____
Victor Marrero
U.S.D.J.