```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :    **20 CR 555 (VM)**
                                   :
         -against-                 :
                                   :    **ORDER**
JOSE CIRIACO,                      :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from December 10 to Friday, January 28, 2022 at 10:30 AM.

**SO ORDERED:**

Dated:   New York, New York
         06 December 2021

_____
Victor Marrero
U.S.D.J.