```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :    **20 CR 555 (VM)**
                                  :
        -against-                 :
                                  :    <u>**ORDER**</u>
JOSE CIRIACO,                     :
                                  :
                Defendant.        :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from January 28 until June 17, 2022 at 11:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         13 January 2022

_____
Victor Marrero
U.S.D.J.