USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/12/2022___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,          :          **20 CR 555 (VM)**
                                   :
          -against-                :
                                   :          <u>ORDER</u>
JOSE CIRIACO,                      :
                                   :
                    Defendant.     :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from  June 17, 2022 to June 9, 2022 at 10:00 a.m.

**SO ORDERED:**

Dated:    New York, New York
          12 April 2022

_____
          Victor Marrero
          U.S.D.J.