# Donald H. Vogelman
ATTORNEY AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY  10016
212-889-5860

FAX:  212-448-0066
EMAIL: DVOGLAW@AOL.COM

OF COUNSEL:
ARTHUR S.FRIEDMAN
ERIC H. GREEN

By  ECF

August 1, 2022

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re: United States v. Jose Ciriaco
                Case  No. : 20 CR 555   ( VM )

Dear Judge Marrero:

      I am the attorney for Jose Ciriaco  regarding the above referenced matter. Mr. Ciriaco has been designated to surrender to serve his sentence on Monday August 8, 2022 at  USP Lewisburg SCP in Lewisburg, PA.  Mr. Ciriaco is  on home detention.

      His Pretrial Officer,  Franchesa  Piperato has  advised me that normally pre trial  takes  off the monitoring bracelet the day before surrender , but since the surrender is on a Monday, pre trial wants to do it on  Friday, August 5, 2022.  To be able to do so on Friday, Ms. Piperato advised me that I have to request permission of the Court.  AUSA  Michael Herman has no objection to this request.

      Thank you.

```
Defendant's unopposed request to remove
his monitoring bracelet on August 5,
2022 is hereby GRANTED.

SO ORDERED.

Dated: August 2, 2022
       New York, NY
```
/s/ Victor Marrero
U.S.D.J.

Respectfully yours,

/s/

Donald H. Vogelman